SEPTEMBER 11, 2014

MARY JO KAULING

(fka 83-91) mary Jo Hugo

1450 kane st., Carlyle, IL  62231

Tele # 618.594.4763 mobile/home

Email: mjkauling@hotmail.com

UNITED STATES JUDICIAL REVIEW BOARD

Dear honorable members:

My name is Mary Jo Kauling, (fka Mary Jo hugo 83-91)(Clinton co., IL  91 D  93)
In 1993 I filed a legal complaint against an IL attorney for failing to allow me individual rights in a case where I was a witness to the acts of a collusion /conspiracy. I was not allowed the right to speak nor were my parents. The conspiracy involved customary acts of HUGO family members and their banking institution. My parents were innocent parties used in that maneuver. Case Clinton county, IL  93 L 40 mary jo kauling hugo w/ minor children vs  R Edward Veltman attorney .  I tried to appeal and move to supreme court. Was barred due to lack of legal representation.  I proceeded Pro se to begin with as a result of attorneys denying me representation because I SUED AN ATTORNEY FOR LEGAL AND SEXUAL MISCONDUCT . According to my BILL OF RIGHTS I should have been treated fairly,but I was not. I proceeded to complain to all IL agencies about the mis treatment. I filed a legal complaint in US district court against the bank 93-640-WDS.  As you see it was useless to complain. i was traumatized as the injustice prevailed. In 1993. I became physically disabled with arthritis/raynauds/sclerederma/ cluster headaches and the syndromes it manifests. The progressive disease caused me the inability to wear normal shoes. (Alberto Butalid MD 618-594-8924). I filed for my ss disability thru the SSA. I was discriminated at that as well due to the unusual characteristics of my case. An Attorney who contracted the representation (SCOTT DIXON, Belleville, IL)  Cancelled the contract once I told him about my previous lawsuit against an Attorney.(1995) proof enclosed in US district court 97-422-WDS.  This injustice was horrible. I, my minor children that I was custodial parent of, and my parents(Sylvester(beps)& Jo Ann(Vandeloo) Kauling )suffered continuous burdens of injustice and unfairness. My individual rights were denied again. I was stereotyped as a low life. My siblings were suffering as a result of the previous HUGO/BANK and now my defaming. My children were forbidden from court. I complained this issue as well as the constant injustice in Clinton county court to the IL Judicial review board and the Il Attorney registration & disciplinary commission. Along with the IL inspector general, IL AG, IL DHHS,ILDPR, IL CFS, IL govenenors,  IL DHR , Clinton county sheriff and Carlyle PD.My  disability that was wrongly stereotyped. I was discriminated by the STATE of IL. I complained without any recourse and resolution.  I was deserving of fair treatment and never received it. Professionals and persons were to blame for the injustice , I should not have been the recipient of indigent status and stereotypes when someone should be repaying or responsible.  I  was targeted as a person that was receiving benefits from the state, whereas, I should have been justified. My disability is no ones fault and that I deserved my dignity as a real handicapped physically disabled person and my benefits that would allow me the ability for my individual needs.  I did not receive my disability benefits until 2002. Backdated to 1998. This was sad for the scrutinizing stereotyping and the defaming occurred. My life was diminished, my children defamed while much abuse to my life still transpired. In 1998. I filed a civil complaint in US court since I was discriminated, hadn't received my disability and was suffering loss, indignity and injustice plus endangerment from my diseases that forbid me to wear normal shoes. 98-452-GPM US district court, E St Louis IL.  I was mistreated and suffered rejection as I was violated and abused.

I had filed continuous complaints in the Clinton co IL court regarding my childrens child support. 91 D 93. I proceeded to file paternity relinquishment in 97 F 0003. Mary jo kauling hugo vs Dennis E Hugo Centralia IL. The father was violating orders, non compliant to any visitation. Failed to be a responsible party to children and was evading child support payments. He worked for his family HUGO farm and his family hid the working arrangement. In 96 it was discovered he was lying in court. I was a disabled person and the court knew of this as my medical forms were repeatily filed with my pro se papers of motions. The father had not visited with the children since 95. He was a habitual liar and was committing fraud. The safety of my children was constantly overlooked as I reported the issues non stopto the Carlye PD and the Clinton co court with the other IL agencies. In 97. I was banned from a Hearing in Clinton county court. This was unfair, for they were aware of my physical disability. I was charged with Disturbing the peace as I stated verbally to the clerk I was being discriminated against. The newspapers made headlines of me. the following week the newspapers apologized to Mary hugo, the other mary hugo. Which happened to be the vice president of the company that was with holding work information about the father DENNIS HUGO. The apology was a discrace for my children are the ones that suffer the discrimination. The father of the other mary hugo happened to be a retired IL State Policeman. This type of Hugo name cover up has been going on since the BANK ESCAPADE I complained about in a lawsuit. I again suffered humiliation as a stereotyped non compliant person. When there non compliancy was covered up by a bank scandal. In 2007 I was victimized during a surgical procedure. I was a victim of a prominent surgeon that endangered my life during an un-necessary medical procedure. I was a victim of blood loss, body part loss while the surgeon was paid with government funds. The surgery was a failure due to negligence of the doctor. Case 10- L -44 marion co IL mary jo kauling vs Edward Stanford. MD.) this case has merit and I provided evidence. An attorney violated laws and cannon. He entertained improper conduct with ex-parte meetings and dismissed my reward. This impacted me traumatically. My life was endangered while conspiracy of my rights super-ceded my need to live in a justified way. The case was appealed and I was again violated.(5-11-0140) I have since complained to the proper parties and no one will assist. This demeaning manner is an insult to the constitution and why it was created. I went and pledged allegiance in my school as a young person and I have been disappointed.      I do not claim to be better than anyone. But I do believe judges should come down from their attitudes that they have immunity to discrimination.  Recent cases involving JUDGES and crimes have plagued the news. US JUDGE EMBARRASSED ENTERING TREATMENT-ABC NEWS 08/25/2014, US JUDGE MICHAEL COOK FOUND GUILTY OF DRUG USE AND WEAPON/MAYBE SENTENCED TO LONGER TERM BY US JUDGE JOE BILLY McDADE 05/23/2014. That does not include the Judges that have been found guilty of other incidents prior to. I have over 20 complaints lodged with THE IL JUDICIAL REVIEW BOARD. I swear on my life what I am saying is true. In 2014, I recently submitted my claim to obtain my proper disability from 1993-1998( 14-cv-739-DRH-CJP) I have been harassed by Judge HERNDON. I submitted a complaint for civil rights violations due to the past and the abuse by the listed judges from the courts. (14-cv-551-JPG-SCW) Judge Gilbert found me frivolous. This is why I am complaining to you.  Please take this seriously. I am in my sound mind and deserve to have my civil/human rights upheld. Please help and research this.  I have contacted the FBI as well.  I have complained to the US attorney of the southern district of IL in the past also.  I was born in America to parents that also thought there was a justice system.

Respectfully.

MARY JO KAULING, PARTY IN NEED OF FAIRNESS

COMPLAINER:  MARY JO KAULING                                              07/01/2014
          Aka 83-91 Mary Jo Hugo  (IL Clinton Co 91-D-93)
 1450 Kane St., Carlyle, IL 62231          email: mjkauling@hotmail.com;  m_kauling@sbcglobal.net
 Physically handicapped / Disabled  with Arthritis/deformed feet & toes/Scleroderma/bone loss
 IL Handicap # CC 70679(permenant)  expires 09/26/2018
 IL disability  ID card # 4525 9062 874k expires 09/26/2018
 IL dept of aging circuit breaker recipient 05-3041-xxxx
 IL AABD Medical benefits for Medicare supplement and Medicaid xxx-xx-2043
 Social security administration  benefits monthly for disability & SSI for indigent supplemental income
 IL property tax PTAX discount for disabled persons, Clinton county parcel  #08-07-13-457-003

THE ABOVE NAMED PERSON, MARY JO KAULING,(me) HAS BEEN A VICTIM OF ONGOING CIVIL AND
HUMAN RIGHTS VIOLATIONS THAT HAVE PREVENTED HER FROM EQUAL, ORDINARY, AND TRANQUIL
LIFE. THE VIOLATIONS HAVE BEEN CONSISTANT SINCE 1988 AS A RESULT OF AN EX-SPOUSE'S LIFE THAT
WRONGFULLY INVOLVED ME. THUS, DENYING ME INDIVIDUAL RIGHTS THEREAFTER AS A VICTIM AND
TRUE WITNESS TO THE INCIDENTS ASSOCIATED.  I, MARY JO KAULING(HUGO) HAVE SUFFERED UN-
REPAIRED ABUSE TO MY NAME, PERSONALITY,CREDIT,PERSONAL MEDICAL INFORMATION,HERITAGE,
FINANCES AND REPUTATION AS A RESULT OF CIVIL AND HUMAN RIGHTS VIOLATIONS.  THESE
VIOLATIONS COMPROMISED MY BILL OF RIGHTS THAT I AM AFFORDED BY THE IL AND AS
CONSTITUTION.

THE RIGHTS VIOLATIONS HAVE OCCURRED AS A RESULT OF UNEQUAL/ORDINARY TREATMENT MOSTLY
ORIGINATING FROM IL CLINTON COUNTY CASE MARY JO KAULING HUGO VS EDWARD VELTMAN JR,
ATTORNEY AT LAW 93-L-40. WHEREAS MY CASE WAS UNFAIRLY DISMISSED AS I COULD NOT OBTAIN
LEGAL REPRESENTATION TO CHALLENGE THE ATTORNEY.
- Failed to allow me to be an individual person in a legal matter, whereas the case had direct impact
  on me as a pregnant woman and as a responsible  mother  to toddlers. And inform me of any
  matters that would be viable to life, case or any existence of present, and future matters.
- Failure for the Clinton court to investigate the occurrence
- Inability to obtain any legal counsel thereafter due to the reports filed on sexual and legal
  misconduct
- Burdened with financial abuse originating as ex spouses/bankruptcy mishandling/loss of
  home/wrongful inflictions/ financial burdens upon my elderly parents.
- Mental anguish and trauma to myself and at the time minor children
- Was not questioned separately by an agent of the FBI (us Gov't 1988), fingerprinted in my home by
  an FBI agent disclosing a business card representing himself as A previously met and identified
  agent.
  (possible imposture/duped) After case was closed.(1990)

MY RIGHTS WERE SEVERELY IMPACTED IN THE SAME CLINTON COUNTY COURT THEREAFTER
CASE 91 D 93 MARY JO KAULING HUGO VS DENNIS E HUGO CENTRALIA IL
- Denied fair treatment as a pro se party after the death of my divorce attorney.
- My minor children were not given equal access to the court room and denied
- Complaints filed with IL Judicial review Board 94-present date
- Complaints filed with IL DEPT HUMAN RIGHTS, ILDARDC, IL AG, IL Inspector General, IL DFS,
  ILDHHS, IL Clinton co. sheriff & States Attorney
- Suffered  malicious rights violations from  a COURT APPOINTED ATTORNEY  re: minor children

1

- Complained to IL DHR, IL AG, IL IG, IL CFS, Community resource Center, Clinton county court of Attorney Marsha Holzauer for deliberate lies and misconduct.
- Suffered wrongful abuse by IL adjudicator if reference to IL CFS making religious statements
  - As a statement to a WORDED PHRASE that I said and she transposed wrong. Complained To the IL dept of civil rights, IL DCFS and ILDHHS.
- DENIED A HEARING /ACCESS TO THE JUDGE Due to my disability and appearance as the PRO SE plaintiff of meritorious claims. (Complained to all IL state departments)

CLINTON COUNTY case 91 D 93 vs Dennis Hugo

Suffered financial loss due to allowable pergery by Dennis Hugo

Suffered unfair scrutiny in local newspaper as APOLOGY WAS PRINTED TO A PARTY WITH MY SAME NAME , WHEN I WAS DEFAMED THE PRIOR WEEK AND WAS FORBIDDEN RECOURSE & REBUTTAL.. The apologized party was the vice president to the company that was just Ordered to pay child support to my children as the father tried to hide employment.

CLINTON COUNTY case 97 F 0003 vs Dennis Hugo

I was custodial parent 1991-adult

Restraining order in effect against Dennis Hugo 1991- ceased any allowed visitations in 1995 MARION COUNTY COURT 10 L 44 , Denied access to same accommodations that are allowed under civil rules of procedure. Whereas, the defendant was allowed an unfair advantage to proceed when my FACTS OF US CIVIL RULES and IL CIVIL RULES were ignored. Evidence and discovery ignored. Ex-parte was allowed in the CHAMBERS with out fair notice of equal obligation. Plaintiff was threatened with Indirect Contempt for Motioning for a hearing to introduce evidence. The Attorney representing the plaintiff failed to disclose his third party entry and abide by the Rules outlined in the Attorney Code of Civil procedure.

5th DISTRICT APPELATE COURT OF IL, MT. VERNON, IL FAILED TO ABIDE BY THE MOTION GRANTED TO ALLOW EXTENSION OF TIME AND DISMISSED MY CASE. I WAS DENIED FAIR AND EQUAL ACCOMODATIONS TO THE COURT AS A PRO SE PLAINTIFF AND BANNED FROM AN ORAL HEARING.

  *THE FEMALE JUDGE ON THE CASE HAPPENED TO BE AN ATTORNEY WHO REFUSED REP-
  RESENTATION OF THE CASE IN PREVIOUS YEAR.

  *Plaintiff complained to the IL judicial review board and IL attorney Disciplinary counsel

PLAINTIFF MOTIONED FOR IL ATTORNEY GENERAL TO INTERVENE DUE TO QUESTION OF CONSTI-TUTIONALITY( CERTIFIED MAIL) WAS IGNORED.

05/24/2014 3:14 cv-00551-JPG-SCW Mary jo kauling vs fifth district appellate court IL & 4th judicial circuit marion County IL the above person was denied the ability to complain in E ST LOUIS FEDERAL COURT re: civil rights violations stemming from the Fifth District Appellate court and Marion County judicial Court.

Whereas, the Judge stated Judges are immune from civil rights violations. I challenged the judge as fact is FORMER ST CLAIR COUNTY JUDGE MICHAEL COOK, guilty and charged with drug crimes in IL, was sentenced to 18 months in prison, then AS DISTRICT JUDGE JOE BILLY McDADE intervened and sentenced him to a longer stint. Judges are not immune to crimes nor any conviction if deemed guilty.

I challenge the answers since my individual rights have been endangered, abused, ignored, threatened, violated, transposed, diminished and forbidden. My bill of rights allow me to enjoy, prosper, equal treatment, safety, liberty, justice along with other affords of us government that are given to everyone.

The most recent violation pertained to my health as I was a victim of an un-necessary, invasive surgery whereas I lost much blood, a body part and suffered trauma, muscle elasticity and intimidation as the surgeon left the state shortly thereafter. My private medical information was compromised. Dr Stanford was paid by medicare and Medicaid. I sued and was abused by the court. As the cost of the lawsuit

2

was then charged to me, the victim. This is repulsive and is rape. As stated above I was forbidden equal treatment by the court and the clerk. That is the basis of the civil rights law. To prevent wrongful discrimination. The discrimination caused unequal balance to lives, resulted in unfair financial burden. Which is a violation to title VII civil rights of the US.

I receive social security and I also complained to them about the mistreatment as I am a physically disabled person. I am also indigent and my benefits are low. I have challenged them since 1993 about the improper benefit amount and my discrimination suffered. since that as well with the trauma and anguish suffered by the rights violations to obtain counsel, impacted my ability to receive my SSA benefits in a timely manner and in the appropriate amount. In 97 I complained to the Commissioner of SSA, 97 422-WDS   mary jo kauling Hugo vs SSA commissioner E St Louis IL SOILDC.

- Attorney scott Dixon dropped my SSA disability case in 95, after I stated the truth about the legal complaint 93 L 40 mary jo kauling hugo vs Edward veltman jr attorney. Dixon continued to state I suffer rebellion against him as an attorney due to Edward veltman.( Evidence to support)
- May 2014 filed a new review in Federal court(pending  acceptance of forma pauperis review) For my social security benefits due from 93-96 that I was denied and discriminated against

I, mary Jo kauling, the complainer have evidence to support the complaints filed and the discrimination that manifested causing an imbalance of justice. Whereas, My facts and evidence were denied and I became a victim to a stereotypical improper definition of character that never stopped and caused defamation to my intelligence, personality, disability, heritage, name, which compromised my right to fairness, prospering, dignity, freedom, safety, parenting, legal recourse, tranquility and a home.

Please review this complaint. I have evidence to support the claims. I deserve proper treatment and my fair rewards as the complaining victim who suffered the loss of her rights.

Respectfully,                                    SWORN TO BE TRUE JULY 01, 2014

Mary Jo Kauling

3

1   Cont.  MJ KAULING

MARY JO KAULING                                                                              06/20/2014

1450 KANE ST., CARLYLE, IL  62231      TELE # 618.594.4763

ILLINOIS JUDICIAL INQUIREY BOARD

RE:  PERPETUAL VIOLATIONS TO MY CIVIL LIBERTIES AS A PRO SE COMPLAINER/PLAINTIFF

As a result of the damage, loss, financial abuse, mental anquish with the additional impact that JUDGES OF THE STATE OF ILLINOIS continued to allow my one and only life to be diminished, threatened, endangered, discriminated and defamed when I was denied fairness in the FIFTH DISTRICT APPELATE COURT, MT, VERNON, case # 11-5-0140  kauling VS DR STANFORD ,from marion Co case 10-L-44.

On  MAY 21, 2014. J Phil Gilbert dis-allowed my petion/filing of my  civil liberties violation complaint to the Southern district of IL. About the courts specified above.

I have suffered continuous abuse as a result of damage inflicted by Dennis e hugo Centralia, IL. The ex spouse (91 D 93 clinton co.) instigated  legal cases that impacted me, my kids, my parents and my siblings. In 1993, after suffering a long horrible violating legal case my family and I suffered I sought representation to challenge the case ED VELTMAN mis handled.  My divorce Attorney, Tom Heiligenstein stated it will be difficult to find an attorney who will challenge another with sexual/legal malpractice. No one would help. I filed PRO SE in Clinton county. My rights have been denied as a human being since 1988, when opponents conspired collusion was done behind my back.  An FBI agent stated he did not receive information until the last month of the year 1988(December) I was strung along without individual rights as a pregnant woman/mother, who was a witness to acts I disagreed with.  I finally sued on my own behalf after much rejection . I was humiliated, sexually defamed and saddled with someone elses problems/expense and their true financial situation.  I sued the BANK as well due to the true fact my individual rights were ignored. My legal right to bankruptcy for the true debts etc. this in federal court E St Louis.

Since the beginning of the instigated mess by dennis Hugo/his hugo business partners/ his other businesses,  his lies and failure to support children in a productive human way . the rights violations to me continued due to the failure of individual rights that I was not even offered by Veltman a bank or anytime there after.  I suffered mental trauma and financial devastation.  I raised my children fatherless. Court of law allowed pergery of DENNIS HUGO. He insulted my character and people I loved. I  have since been denied fairness. I became disabled in 1993 with arthritis, raynaudes and sclerederma. I CAN NOT wear shoes. As defined by majority. I wear mens tube socks that support my lower soft tissues in my legs due to neuropathy..  I don't blame people for my disability. I do deserve my equal rights as a citizen of IL and the USA. I have a physical disability and a handicap. Im not mentally unsound. Extremely violated and traumatized suffering anquish.

Over the years I have complained factual true sworn on the bible complaints to this board.  This is a serious matter. I deserve my legal complaints upheld. I shouldn't be a burden of medicade when real

2  Cont.  MJ KAULING

people are to blame. I deserved my Social Security disability in a proper timed manner. I didn't receive that until 2001 due to discrimination and the lack of representation because im honest and spoke about the complaint waged against an attorney.   I can't lie. Its on a file with the others.

Years ago when I was denied entrance to Clinton county court I  was approached by an investigator named WAYNE McGLORY from IUJRB.  I was denied accress due to inability to wear SHOES. I was not naked nor bare foot. The local paper apologized to a party with the same name. That is a human/civil rights violation. Especially when that party is the part owner of a business that was found to be hiding funds of my ex spouse as his second employment.   This is a disgrace.

Thank you.  Mary Jo Kauling

To sum this up. I need to file a complaint. An investigation would be wonderful and welcomed.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

Mary Jo Hugo AKA "Kauling"
1450 Kane Street,
Carlyle, Illinois
62231                 Plaintiff,

vs.

Secretary of Health & Human Services,

                      Defendant.

)
)
)
)
)
)
)
)
)
)

NO. 97-422 W~~**FILED**

MAY - 9 1997

CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

## COMPLAINT

1.     Plaintiff, Social Security Number _331  62  2043_, is a resident of _IL_
_Clinton County_

2.     Plaintiff complains of a decision which adversely affects him/her.  The decision has
become the final decision of the Secretary of Health & Human Services for the purposes of judicial
review and bears the following caption:

| In the Case of | Claim For |
|---|---|
| Mary Jo Hugo AKA "Kauling" | Social Security / Disability |
| Claimant | |
| Mary Jo Hugo AKA "Kauling" | 331 62 2043 |
| Wage Earner | Social Security Number |

3.     Plaintiff has exhausted administrative remedies in this matter, and this Court has
jurisdiction for judicial review pursuant to 42 U.S.C. §405(g).

WHEREFORE, plaintiff prays that the Court review the findings and determinations of the
defendant and for such other and further relief as the Court deems just and proper.

Dated: _May 8, 1997_

_Mary "Kauling" Hugo_
Plaintiff

Witness:

_Jo Ann Kauling (mother)_
_Sylvester G. Kauling (father)_

*[handwritten annotations at top: "Deprived Due..." "Pro Se / Indigent / nature of Case / lack of Representation / Disability"]*

*[handwritten: "unproductive manner to properly state my complaint and Plote to the Court in a legal manner w/ intimidation / illegal Conduct"]*

# RULES OF THE JUDICIAL COUNCIL OF THE SEVENTH CIRCUIT GOVERNING COMPLAINTS OF JUDICIAL MISCONDUCT OR DISABILITY

## (As of December 1, 1998)

### Preface to the Rules

Section 372(c) of Title 28 of the United States Code provides a way for any person to complain about a federal judge who the person believes "has engaged in conduct prejudicial to the effective and expeditious administration of the business of the courts" or "is unable to discharge all the duties of office by reason of mental or physical disability." It also permits the judicial councils of the circuits to adopt rules for the consideration of these complaints. These rules have been adopted under that authority.

Complaints are filed with the clerk of the court of appeals on a form that has been developed for that purpose. Each complaint is referred first to the chief judge of the circuit, who decides whether the complaint raises an issue that should be investigated. If the complaint is about the chief judge, another judge will make this decision; see Rule 18(e).

The chief judge will dismiss a complaint if it does not properly raise a problem that is appropriate for consideration under Section 372(c). The chief judge may also conclude the complaint proceeding if the problem has been corrected or if intervening events have made action on the complaint unnecessary. If the complaint is not disposed of in either of these two ways, the chief judge will appoint a special committee to investigate the complaint. The special committee makes its report to the judicial council of the circuit, which decides what action, if any, should be taken. The judicial council is a body that consists of the eleven active judges of the court of appeals and ten district judges.

The rules *provide*, in some circumstances, for review of decisions of the chief judge *or* the judicial council.

*[handwritten: "William Stiehl    P3-cv 690 WDS    Reks / FSD / Hoffman    USDC"]*

*[handwritten: "Controllable / controlable    Tony Eberwein   SSM    R. O'Glennis   SSF"]*

*[handwritten: "G. Patrick Murphy   April 24, 1998    98 450 GPM    97 422 WDS GPM    Regan as Stieh / Gifford Rouse"]*

*[handwritten at bottom: "Complaints Brought before U.S. District Court E St. Louis and   SSA / Appeals Ct"]*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

Mary Jo Kauling Hugo
1450 Kane
Carlyle, Illinois 62231
618 594-4763

)
)
)
)
)

Plaintiff(s),

)
)

-vs-

)

Case No. 97-422 WDS

Secretary of Health and
Human Services
750 Missouri Ave
E. ST. Louis, Illinois 62202

)
)
)
)
)

**FILED**

MAY -9 1997

Defendant(s).

)

CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF
EAST ST. LOUIS OFFICE

## MOTION FOR APPOINTMENT OF COUNSEL

I, Mary Jo Kauling Hugo appearing pro se at the plaintiff in this case,

hereby move the court to appoint me an attorney.  Should the court allow this motion, I agree

to provide for payment of attorney's fees out of any recovery I might obtain in this case.

Mary Jo Kauling Hugo
_____
Signature of Pro Se Plaintiff

Motioned "forma pauperis" Status

(Rev. 4/90)

### III.   PREVIOUS LAWSUITS

A.   Have you begun any other lawsuits in this federal court?
☒ Yes  ☐ No

B.   If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.

1.   Parties to previous lawsuits:

Plaintiff(s):  Mary Jo Kawling
FKA 83-91 Mary Jo Hugo
Divorce 91-D-93 Clinton Co. IL

Defendant(s):  Commissioner of SSA (Pending)
(14-739-DRH-CJP)
Civil Rights 14-cv-551-JPG-SCW
Civil Rights 98-452 GPM
SSA-97 422 WDS

2.   Case number:  Self vs Farmers State Bank 93-640-WDS

3.   Name of Judge to whom case was assigned:

4.   Disposition of case (for example: Was the case dismissed?  Was it appealed? Is it still pending?):

Pending    SSA   14 739 DRH CJP

Rest of Cases

Dismissed as I

Complained of Civil

Rights Violated as

result

(10/2010)

## V.  REQUEST FOR RELIEF (*check as many boxes as appropriate*)

Plaintiff requests that the court grant the following relief:

Compensatory damages in the amount of $_____.

Punitive damages in the amount of $_____.

An ordering requiring defendant(s) to: Pay the original order that Plaintiff had ruled in her favor by Judge Lolie in Marion County Court, IL 10-L-44 Mary Jo Kauling vs Edward Stanford, MD

A declaration that: Title 28 USCA (R. 63)
705 ILCS 35/2 (ch. 37, par. 72.2)
The case was a count (735 ILCS 5/2 613d)
$500,000 for neglegence
$250,000 Medical Privacy Violations U.S Code

Other: Plus interest
735 ILCS 5/2 - 1301
Plaintiffs Bill of Rights; IL Supreme Court Art. X. denied
Victim of Title 18 USC Section 241, Conspiracy Against rights

## VI.  JURY DEMAND (*check one box below*)

Plaintiff ☒ does or ○ does not request a trial by jury.
I will be present if needed for Trial

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 9/16/2014
(date)

1450 Kane St.
Street Address

Carlyle IL 62231
City, State, Zip

Mary Jo Kauling
Signature of Plaintiff

Mary Jo Kauling
Printed Name

FKA 83-91 Mary Jo Hugo

**Defendant #3:**        *listed   on  previous page*

D.    Defendant _____ is employed as
                              (Name of Third Defendant)

_____
                              (Position/Title)

with _____
                              (Employer's Name and Address)

_____

At the time the claim(s) alleged in this complaint arose, was Defendant #3 employed
by the state, local, or federal government?  ☐ Yes  ☐ No

If you answer is YES, briefly explain:

Check one of the following:

☐    This defendant **personally participated** in causing my injury, and I want
      **money damages**.

☐    The **policy or custom** of this official's government agency violates my
      rights, and I seek **injunctive relief** (to stop or require someone to something).

**Additional Defendant(s) (if any):**

E.    Using the outline set forth above, identify any additional Defendant(s), using
      additional pages, if necessary.

This case stems from professional
Misconduct. To which case 10 L 44
was dismissed wrongly and the defendants
Conspired, violating IL laws & ethics denying
My meritorious fair court ruling in
My favor for $ 500,000 + $ 250,000.
To which I suffered Trauma and untrust
in professionals including Medical Professionals.

(10/2010)

with _State of IL, Acting as IL Judge_
(c)          (Employer's Name and Address)

_200 E Capitol Ave, Springfield, IL 62701_ and
_Marion County IL, Salem, IL 62881_
At the time the claim(s) alleged this complaint arose, was Defendant #1 employed
by the state, local, or federal government? ☒ Yes ☐ No

If your answer is YES, briefly explain:

_IL Judicial Judge / 4ᵗʰ Judicial Circuit IL_

Check one of the following:

☐ This defendant **personally participated** in causing my injury, and I want
**money damages**. _He prohibitted my original reward._

☒ The **policy or custom** of this official's government agency violates my
rights, and I seek **injunctive relief** (to stop or require someone to something).

_My lawsuit 10-L-44 was wrongly dismissed in
4ᵗʰ Judicial Circuit. A collusion violated my
rights. I want my reward. I was awarded by
~~Judge~~ Lolie_

~~Defendant #2.~~
_Third party Defendant_
C.   Defendant _Charles Schmidt_ is employed as
(Name of Second Defendant)

_Attorney in Illinois_
(Position/Title)

with _Brandon, Schmidt & Goffinet_
(Employer's Name and Address)
_916 W. Main, Carbondale, IL 62902-3898_

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed
by the state, local, or federal government? ☐ Yes ☐ No
If you answer is YES, briefly explain:   _licensed IL Attorney_

_He obstructed laws & Codes of IL + Fed. Govt._

Check one of the following:

☐ This defendant **personally participated** in causing my injury, and I want
**money damages**. _He prohibitted my original reward_

☒ The **policy or custom** of this official's government agency violates my
rights, and I seek **injunctive relief** (to stop or require someone to something).

_Participated in Collusion with Judge McHaney violating
state laws, Ethics and Codes in the dismissing of my reward
won in case 10 L 44 Marion Co. Il._

(10/2010)

name of the Physician/Surgeons insurance Company in previous communications to Dr. Stanford, the defendant, in a letter that was sent to him in Tennessee in 2009-2010. Where as, Collusion between Stanford/ Schmidt took place prior to his entrance which is why he failed deliberately to name his cause of representation. I have the evidence in Marion Co. Record of law and Appellate 5-11-0140, 5th District.

Charles Schmidt was able to conceal the negligence, of Blood loss, the body part removed that was not diseased, damaged or did it have a pre diagnostic test or exam. And the concealment covered up the payments for repairs that did not Transpire along with the uterus removal.

The fact I went to this doctor for a BLADDER problem, not a uterus problem.

The surgeon even tried to rebill Medicare/Medicaid with another invasive surgery that I declined.

Further. My private Medical file was un-permissively given to a third party. Despite the Contract stating a medical office secured it, these negligent Acts were concealed.

## IV.   STATEMENT OF CLAIM

State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated.  Do not include legal arguments or citations.  If you wish to present legal arguments or citations, file a separate memorandum of law.  If you intend to allege several related claims, number and set forth each claim in a separate paragraph.

Judge Michael McHaney invaded a case that was set for Judge Allen Lolie  10 L 44 Marion Co. IL. Whereas I had a ruling in my favor by J. Lolie. My Case was set for a hearing. Marion Co  10-L-44 Attorney Charles Schmidt, entered after ruling. Entered late and failed to follow court rules pertaining To his entrance, cause, and relationship to the case.

The Judge (McHaney & Att. Schmidt) had an Ex parte meeting. My case that contained evidence, fact, medical verification and the ruling of Judge Lolie was wrongfully, unfairly dismissed. The Clerk failed to allow me any Judge Communications or equal Treatment.

I submitted a motion to have a hearing, objecting with my evidence again and Judge McHaney threatened me with "Indirect Criminal Contempt."

I had evidence that Charles Schmidt duly represented The surgeons, "Defendants" liability Company and it was not made known to the Court according to IL Rules of Civil procedure.

The entry failed to state the reason of mr. schmidts representation as I requested the

over next page